# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

SAMUEL OROZCO            Docket No. 05-CR-0156-001 REC

2005 JUN 20 P 1: 44

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

**COMES NOW** Montgomery L. Olson, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Samuel Orozco, who was placed on bond by the Honorable Sandra M. Snyder, U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 31st day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Unauthorized Use of Access Devices and Aiding and Abetting (two counts); Theft of Mail Matter and Aiding and Abetting (six counts); Conspiracy to Possess Stolen Mail and to Commit Unauthorized Use of Access Device

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 19, 2005, at 1:43 am, Mr. Orozco was arrested by the Fresno Police Department for possession of a controlled substance. Further the defendant's third party custodian, Yolanda Alejandrez, has advised Pretrial Services that she no longer want to serve as Mr. Orozco's third party custodian, or allow the defendant to reside at her residence.

**PRAYING THAT THE COURT WILL ORDER** a no-bail warrant be issued for Mr. Orozco's arrest, pending a bond violation hearing before the Court.

**LAST KNOWN ADDRESS:** 2003 East White Street, Fresno, CA 93701

**TELEPHONE NUMBER:** (559)264-5378

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2005.

                                               Respectfully submitted,

                                               MONTGOMERY L. OLSON
                                               Pretrial Services Officer
                                               DATE: June 20, 2005

### ORDER

✓   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ **no bail**.
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

                                      Considered and ordered this **20th** day of
                                      **June**, 20 **05**, and ordered filed and
                                      made a part of the records in the above case.

                                      _____
                                      U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**OROZCO, Samuel**
Docket No. 05-CR-0156-001 REC

CONDITIONS OF RELEASE

1. You shall be released on your personal recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Jim and Loren Colby;

5. You shall reside at a residence approved by Pretrial Services, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6. Your travel is restricted to Fresno County, unless otherwise approved in advance by the Pretrial Services Officer;

7. You shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

8. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

9. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

10. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer; and,

11. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request.

On June 10, 2005, following a bail review hearing, the defendant's conditions of release were modified to:

1. You are released to the third party custody of Yolanda Alejandrez;

2. All previously ordered conditions of release not in conflict with this order shall remain in full force and effect.