UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )      1:05-CR-156   OWW
                               )
     v.                        )
                               )
SAMUEL OROZCO,                 )
                               )
            Defendant          )      ORDER FOR RELEASE
_____)
```

    IT IS HEREBY ORDERED that the above-named defendant be released from custody.  A modified Judgment and Commitment setting forth the conditions of release shall be forthcoming.

Dated: January 20, 2006            /s/ OLIVER W. WANGER
                                                          _____
                                                          OLIVER W. WANGER
                                                          United States District Judge